## GRANGER & ASSOCIATES LLC

40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038

TEL: (212) 732-7000
FAX: (212) 732-7001

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Apr 23, 2013
```

April 22, 2013

BY E-MAIL:  Furman_NYSDChambers@nysd.uscourts.gov

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  United States v. Tokhtakhounov et al.,
         Docket No. 13-cr-00268-JMF

Dear Judge Furman:

    I represent Defendant Ilya Rozenfeld in the above-referenced case.  Mr. Rozenfeld's bail conditions require that his personal-recognizance bond be cosigned by another suretor by today.  Although the government had consented to Mr. Rozenfeld's wife cosigning the bond, Mrs. Rozenfeld was unable to do so last week because a representative of the Pretrial Services Agency stated that that agency had not been notified that the government had consented to her serving as the other suretor.  I have been advised by Assistant United States Attorney Joshua Naftalis that the government will so advise the Pretrial Services Agency today.

    Because Mr. Rozenfeld is scheduled to meet with a representative of the Pretrial Services Agency tomorrow morning, I respectfully ask that Mrs. Rozenfeld be given until tomorrow to cosign her husband's bond.  AUSA Naftalis has authorized me to advise the Court that the government consents to this request.

The Honorable Jesse M. Furman
United States District Judge
April 22, 2013
Page 2

      Thank you for your consideration of this request.

                                              Very truly yours,

                                              Raymond R. Granger

cc:  (by e-mail):

    AUSA Harris Fischman
    AUSA Joshua A. Naftalis
    Mr. Ilya Rozenfeld
    Mrs. Zhanna Rozenfeld

Application GRANTED.

SO ORDERED.

_____
JESSE M. FURMAN
United States District Judge

April 22, 2013