## GRANGER & ASSOCIATES LLC

40 FULTON STREET
23RD FLOOR
NEW YORK, NEW YORK 10038

———

TEL: (212) 732-7000
FAX: (212) 732-7001

December 2, 2013

<u>BY E-MAIL:</u>   Furman_NYSDChambers@nysd.uscourts.gov

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: <u>United States v. Tokhtakhounov et al.,
    Docket No. 13-cr-00268-JMF</u>

Dear Judge Furman:

  On behalf of Defendant Ilya Rozenfeld, I respectfully request that Mr. Rozenfeld's bail conditions be modified temporarily to allow him to travel from December 20, 2013, to January 2, 2014, with his wife and daughter from their home in Staten Island to Miami, Florida, to spend the holidays with Mr. Rozenfeld's in-laws.  If this application is granted, Mr. Rozenfeld will provide his travel itinerary and his in-laws' address to the Pretrial Services Agency, and he will remain reachable via his cell phone while in Florida.  AUSA Harris Fischman has informed me that the government does not object to this application.

  Thank you for your consideration of this request.

Very truly yours,

*/s/ Raymond R. Granger*
Raymond R. Granger

The Honorable Jesse M. Furman
United States District Judge
December 2, 2013
Page 2


cc:  (by e-mail):

    AUSA Harris Fischman
    AUSA Joshua A. Naftalis
    Mr. Ilya Rozenfeld